ACCEPTED
03-15-00113-CV
5811235
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 3:57:03 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00113-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/24/2015 3:57:03 PM
JEFFREY D. KYLE
Clerk

EMC CORPORATION,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF
TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellees.*

On Appeal from the 353rd Judicial District Court,
Travis County, Texas

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEES' BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d),

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas,

and Ken Paxton, Attorney General of the State of Texas, move to extend the

time to file the appellees' brief by 7 days, from the current deadline of July 1,

2015, to a proposed new deadline of July 8, 2015.

## I.

The clerk's record was filed on April 22, 2015, setting the initial deadline for the appellant's brief on May 22, 2015. Appellant timely filed its brief on April 30, 2015.

## II.

Appellees' brief was initially due on June 1, 2015. The Court granted appellees' unopposed motion for a 30-day extension, creating a new deadline of July 1, 2015.

## III.

Appellees now request a second, 7-day extension of the time to file their brief, which would create a new deadline of July 8, 2015.

## IV.

This extension is necessary because, during the current period for preparing appellees' brief, appellees' lead counsel is also responsible for drafting the cross-appellees' brief in the statewide school-finance litigation, *Williams v. Tex. Taxpayer & Student Fairness Coal.*, No. 14-0776 (Tex.) (due July 2, 2015). This extension is not sought for delay, and no party will be prejudiced if it is granted.

## V.

Appellant does not oppose this extension motion.

### PRAYER

Appellees Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, respectfully request that the Court grant this motion and extend the deadline for filing appellees' brief to July 8, 2015.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

SCOTT A. KELLER
Solicitor General

CHARLES E. ROY
First Assistant Attorney
  General

/s/ Rance Craft
RANCE CRAFT
Assistant Solicitor General
State Bar No. 24035655

JAMES E. DAVIS
Deputy Attorney General for
  Civil Litigation

CHARLES K. ELDRED
Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

*Counsel for Appellees*

4

**CERTIFICATE OF CONFERENCE**

I conferred with Doug Sigel, lead counsel for appellant, regarding the foregoing motion.  He advised that his client does not oppose the motion.

/s/ Rance Craft
Rance Craft


**CERTIFICATE OF SERVICE**

On June 24, 2015, this **Unopposed Second Motion for Extension of Time to File Appellees' Brief** was served by File & Serve Xpress on:

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Avenue, Suite 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com

*Lead Counsel for Appellant*
*EMC Corporation*

/s/ Rance Craft
Rance Craft